UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCAP USA, INC.,

        Plaintiff,

- against -

SO.CAP. S.R.L. and SHE S.R.L.

        Defendants.

**AMENDED ORDER OF DISMISSAL**

17 Civ. 5255 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that (1) if the settlement is not consummated within thirty days of this order, either side may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored, and (2) the Court shall retain jurisdiction over this case for the sole purpose of interpreting and enforcing the terms of the parties' Agreement of Settlement dated October 4, 2019.  d.

Dated: New York, New York
      November 13, 2019

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge